TRIAL COURT CASE NO. <u>D-1-GN-25-002549</u>

<table>
<tr><td>§<br>§<br>§<br>§<br>§<br>§</td><td>IN THE DISTRICT COURT<br><br><u>TRAVIS COUNTY, TEXAS</u><br><br><u>JUDICIAL DISTRICT</u></td></tr>
</table>

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/21/2025 3:46:38 PM
CHRISTOPHER A. PRINE
Clerk

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed:<u>OCTOBER 9, 2025</u>

Type of Order (Interlocutory or Final) <u>INTERLOCUTORY</u>

Date Motion for New Trial Filed:<u> </u>

Request for Findings of Fact and Conclusions of Law filed: <u> </u>

Date Notice of Appeal Filed: <u>OCTOBER 21, 2025</u>

Name of judge who entered judgment:<u>AURORA MARTINEZ JONES</u>

Name of court reporter:<u>KASI CHAPMAN</u>

Address of court reporter:<u>1700 GUADALUPE, 7B, AUSTIN, TX 78701</u>

Name of attorney on appeal:<u>LAUREN MCGEE</u> SB#:<u>24128835</u>

Attorney Address:<u>PO BOX 12548, CAPITOL STATION, AUSTIN ,TX 78711-2548</u>

Attorney E-Mail Address: <u>Lauren.McGee@og.texas.gov</u>

Attorney on appeal (check applicable box):

☐ appointed ☑ retained ☐ Pro Se

Name of Appellee's Attorney:<u>CLARK BREWSTER</u> SB#<u>00786841</u>

Attorney Address:<u>2617 E 21ST STREET, TULSA, OK 74114-170</u>

Attorney E-Mail Address:<u>cbrewster@brewsterlaw.com</u>

**<u>Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:</u>**

Third Court of Appeals (E-Mail Copy in PDF format to: <u>3rdClerksAndReporters@txcourts.gov</u>)

Court Reporter: <u>   </u>E-Mail <u>   </u>Hand Delivery <u>   </u>Mail

On<u>       </u> By:<u>   </u>(clerk's initials)